Book 45
 Page 243

 MINUTES - EIGHTH DISTRICT COURT OF APPEALS OF THE STATE OF TEXAS

 December 18, 2008

 On December 18, 2008 the Chief Justice and Justices of the Court met
pursuant to adjournment. Ms. Denise Pacheco, Clerk, duly opened the Court
at which time the following official proceedings were conducted, to-wit:

The following miscellaneous actions were taken by the Court:

None

The following miscellaneous orders were entered by the Court:

Cause Number Style Action

The following cases were set for submission:

Cause Number Style

The following cases were submitted for the Court=s consideration with oral
argument:

Cause Number Style
08-06-00005-CR Lawrence Few v. The State of Texas, from El Paso

08-08-00082-CV In Re: Chevron U.S.A. Inc., Texaco, Inc. and Texaco
 Exploration and Production, Inc., and Original
 Proceeding in Mandamus

08-08-00066-CV Texaco, Inc., Texaco Exploration and Production,
 Inc., and Chevron U.S.A. Inc. v. James K. Norwood,
 Maurice Meyer, III and John r. Norris, III, Co-
 Trustees of Texas Pacific Land Trust, from Reeves

08-08-000083-CV In Re: Chevron U.S.A. Inc., Texaco, Inc. and Texaco
 Exploration and Production, Inc., and Original
 Proceeding in Mandamus
08-08-00067-CV Texaco, Inc., Texaco Exploration and Production,
 Inc., and Chevron U.S.A. Inc. v. James K. Norwood,
 Maurice Meyer, III and John R. Norris, III, Co-
 Trustees of Texas Pacific Land Trust, from Reeves,

08-08-00084-CV In Re: Chevron U.S.A. Inc., an Original Proceeding
 in Mandamus

08-08-00068-CV Chevron U.S.A. Inc. v. James K. Norwood, Maurice
 Meyer, III, and John r. Norris, III, Co-Trustees of
 Texas Pacific Land Trust, from Reeves,

08-07-00239-CV Blueberry Sales, L.L.P. v. Barry Callebaut, AG.,
 from El Paso

08-07-00072-CV Mario Aguilar v. Socorro Independent School
 District, from El Paso

08-08-00221-CV In Re: ReadyOne Industries, Inc. and Amalia Lopez,
 and Original Proceeding in Mandamus

The following opinions and/or judgments were issued by the Court:

Cause Number Style Action

The following mandates were issued by the Court:

Cause Number Style Action

The Court then adjourned until the next scheduled day of business.

[pic]

 David Wellington Chew, Chief
Justice